UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Kathleen Buczkowski

   Plaintiff(s),

v.

General Electric Co., et al.

   Defendant(s).

Civil Case No. 3:12-cv-02042-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Yakov P. Wiegmann requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Wiegmann, Yakov, P.
   (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: Schiff Hardin LLP

Mailing Address: 1 Market Spear St. Tower, 32nd Floor

City: San Francisco   State: California   Zip: 94105

Phone Number: (415) 901-8700   Fax Number: (415) 901-8701

Business E-mail Address: ywiegmann@schiffhardin.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California, 12/05/06, 245783
California Court of Appeal, 06/17/10, 245783

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC, Southern District of California, 03/09/07, 245783
USDC, Central District of California, 03/09/07, 245783
USDC, Northern District of California, 01/17/07, 245783

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ over $25,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Owens-Illinois, Inc.

(6)     **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this **22nd** day of **February**, 2013

_____
*(Signature of Pro Hac Counsel)*

Yakov P. Wiegmann
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **4th** day of **March**, 2013

_____
*(Signature of Local Counsel)*

Name: **Fucile**     **Mark**     **J.**
        *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Oregon State Bar Number: **822625**
Firm or Business Affiliation: **Fucile & Reising LLP**
Mailing Address: **800 NW 6th Avenue, Suite 211**
City: **Portland**     State: **Oregon**     Zip: **97209-3783**
Phone Number: **(503) 860-2163**     Business E-mail Address: **Mark@frllp.com**

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## Certificate of Service

### *Buczkowski v. General Electric Co. et al.*

I hereby certify under penalty of perjury of the laws of the state of Oregon that I served the attached **APPLICATION FOR SPECIAL ADMISSION—PRO HAC VICE** on all counsel of record via the Court's ECF system.

Dated: March 4, 2013.

/s/ Mark J. Fucile
Mark J. Fucile, OSB No. 822625
Mark@frllp.com
Daniel K. Reising, OSB No. 964104
Dan@frllp.com
Attorneys for Defendant
Owens-Illinois, Inc.

1 - CERTIFICATE OF SERVICE

fucile & reising LLP
portland union station
800 nw 6th ave, ste 211
portland or 97209
p 503.224.4892 f 503.224.4332