**Jeffrey S. Mutnick, OSB No. 721784**
jmutnick@mutnicklaw.com
Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, OR 97205
Tel: 503.595.1033
Fax: 503.224.9430

**Devin N. Robinson, OSB No. 064879**
devin@nwtriallaw.com
Law Office of Devin N. Robinson
6110 North Lombard, Suite B
Portland, OR 97203
Tel: 503.228.7020
Fax: 503.334.2303
Attorneys for Plaintiff

**Mark J. Fucile, OSB No. 822625**
mark@frllp.com
Fucile & Reising LLP
Portland Union Station
800 NW 6th Ave., Suite 211
Tel: 503.224.4895
Fax: 503.224.4332

**Yakov P. Wiegmann,** *Pro Hac Vice*
ywiegmann@schiffhardin.com
Schiff Hardin LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.901.8700
Fax: 415.901.8777
Attorneys for Defendant
Owens-Illinois, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN BUCZKOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CO., et al.,<br><br>Defendants. | **Civil No. 3:12-cv-02042-HZ**<br><br>**STIPULATED NOTICE OF DISMISSAL OF DEFENDANT OWENS-ILLINOIS, INC. ONLY** |

Plaintiff and defendant Owens-Illinois, Inc., (OI) have resolved plaintiff's claims against OI. Plaintiff, therefore, dismisses her claims against OI only with prejudice and without costs under FRCP 41(a)(1).

1 - STIPULATED NOTICE OF DISMISSAL OF
DEFENDANT OWENS-ILLINOIS, INC. ONLY

fucile & reising LLP
portland union station
800 nw 6th ave, ste 211
portland or 97209
p 503.224.4892 f
503.224.4332

Dated:   September 13, 2013.

/s/  Jeffrey S. Mutnick_____
Jeffrey S. Mutnick, OSB No. 721784
jmutnick@mutnicklaw.com
Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, OR 97205
Tel:  503.595.1033
Fax: 503.224.9430

Devin N. Robinson, OSB No. 064879
devin@nwtriallaw.com
Law Office of Devin N. Robinson
6110 North Lombard, Suite B
Portland, OR 97203
Tel:  503.228.7020
Fax:  503.334.2303
Attorneys for Plaintiff


/s/ Mark J. Fucile_____
Mark J. Fucile, OSB No. 822625
mark@frllp.com
Daniel K. Reising, OSB No. 82265
Fucile & Reising LLP
Portland Union Station
800 NW 6th Ave., Suite 211
Portland, OR 97209
Tel:  503.224.4895
Fax:  503.224.4332

Yakov P. Wiegmann, *Pro Hac Vice*
ywiegmann@schiffhardin.com
Schiff Hardin LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  415.901.8700
Fax: 415.901.8777
Attorneys for Defendant
Owens-Illinois, Inc.

2  - STIPULATED NOTICE OF DISMISSAL OF
    DEFENDANT OWENS-ILLINOIS, INC. ONLY

fucile & reising LLP
portland union station
800 nw 6th ave, ste 211
portland or 97209
p 503.224.4892 f 503.224.4332