Mark B. Tuvim, OSB No. 111536
mtuvim@gordonrees.com
Kevin J. Craig, OSB No. 112986
kcraig@gordonrees.com
Gordon & Rees LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Phone:  (206) 695-5100

*Attorneys for Defendant Ingersoll-Rand Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN BUCZKOWSKI, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL ELECTRIC CO.,<br><br>　　　　　　　Defendant. | CASE NO. 3:12-02042-HU<br><br>STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT INGERSOLL-RAND COMPANY<br><br>**[Proposed]** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and Defendant Ingersoll-Rand Company through their counsel stipulate to the dismissal of this action with prejudice and without costs to any party.

LAW OFFICES OF DEVIN ROBINSON          GORDON & REES, LLP

By: */s/ Devin N. Robinson*                             By: */s/ Mark B. Tuvim*
　　Devin N. Robinson  (OSB #064879)         　　Mark B. Tuvim  (OSB #111536)
　　6110 N. Lombard Street, Suite B              　　Kevin J. Craig  (OSB #112986)
　　Portland, OR 97203                                    　　701 5th Avenue, Suite 2100
　　Telephone:  (503) 228-7020                      　　Seattle, Washington  98104
　　Facsimile:  (503) 334-2303                        　　Telephone:  (206) 695-5100
　　devin@nwtriallaw.com                              　　Facsimile:  (206) 689-2822
　　Attorneys for Plaintiff                                　　mtuvim@gordonrees.com;
　　　　　　　　　　　　　　　　　　　　　　　　　kcraig@gordonrees.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　Ingersoll-Rand Company

STIPULATED JUDGMENT OF DISMISSAL AS TO
DEFENDANT INGERSOLL-RAND COMPANY - 1

Case No. 3:12-02042-HU

1085126/17351302v.1

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed without costs or fees to any party.

DATED this _____ day _____, 2013.

_____
The Honorable Marco A. Hernandez

Presented by:

GORDON & REES LLP

By */s/ Mark B. Tuvim*
    Mark B. Tuvim  (OSB #111536)
    701 Fifth Avenue, Suite 2100
    Seattle, WA  98104
    Telephone:  206-695-5100
    Fax:  206-689-2822
    mtuvim@gordonrees.com
    Attorneys for Defendant Ingersoll-Rand Company

LAW OFFICES OF DEVIN ROBINSON

By */s/ Devin N. Robinson*
    Devin N. Robinson  (OSB #064879)
    6110 N. Lombard Street, Suite B
    Portland, OR 97203
    Telephone:  (503) 228-7020
    Facsimile:  (503) 334-2303
    devin@nwtriallaw.com
    Attorneys for Plaintiff

STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT INGERSOLL-RAND COMPANY - 2

Case No. 3:12-02042-HU

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

1085126/17351302v.1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

Devin N. Robinson  (OSB #064879)
6110 N. Lombard Street, Suite B
Portland, OR 97203
Telephone:  (503) 228-7020
Facsimile:  (503) 334-2303
devin@nwtriallaw.com

    DATED this 4th day of December, 2013.

By: */s/ Mark B. Tuvim*
Mark B. Tuvim  (OSB #111536)
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:  206-695-5100
Fax:  206-689-2822
mtuvim@gordonrees.com

STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT INGERSOLL-RAND COMPANY - 3

Case No. 3:12-02042-HU

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

1085126/17351302v.1