Mark B. Tuvim, OSB No. 111536
mtuvim@gordonrees.com
Kevin J. Craig, OSB No. 112986
kcraig@gordonrees.com
Gordon & Rees LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Phone:  (206) 695-5100

*Attorneys for Defendant Goulds Pumps (IPG), Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN BUCZKOWSKI, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL ELECTRIC CO.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 3:12-02042-HU<br><br>STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT GOULDS PUMPS (IPG), INC.<br><br>**[Proposed]** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and Defendant Goulds Pumps (IPG), Inc. through their counsel stipulate to the dismissal of this action with prejudice and without costs to any party.

LAW OFFICES OF DEVIN ROBINSON　　　GORDON & REES, LLP

By: */s/ Devin N. Robinson*　　　　　　　　By: */s/ Mark B. Tuvim*
　　Devin N. Robinson  (OSB #064879)　　　　Mark B. Tuvim  (OSB #111536)
　　6110 N. Lombard Street, Suite B　　　　　Kevin J. Craig  (OSB #112986)
　　Portland, OR 97203　　　　　　　　　　　701 5th Avenue, Suite 2100
　　Telephone:  (503) 228-7020　　　　　　　Seattle, Washington  98104
　　Facsimile:  (503) 334-2303　　　　　　　Telephone:  (206) 695-5100
　　devin@nwtriallaw.com　　　　　　　　　　Facsimile:  (206) 689-2822
　　Attorneys for Plaintiff　　　　　　　　　mtuvim@gordonrees.com;
　　　　　　　　　　　　　　　　　　　　　　kcraig@gordonrees.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Goulds Pumps (IPG), Inc.

STIPULATED JUDGMENT OF DISMISSAL AS TO　　　Gordon & Rees LLP
DEFENDANT GOULDS PUMPS (IPG), INC.  - 1　　　701 5th Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98104
Case No. 3:12-02042-HU　　　　　　　　　　　　Ph: 206-695-5100
　　　　　　　　　　　　　　　　　　　　　　　Fax: 206-689-2822

1085152/17351803v.1

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed without costs or fees to any party.

DATED this _____ day of _____, 2013.

_____
The Honorable Marco A. Hernandez

Presented by:

GORDON & REES LLP

By  */s/ Mark B. Tuvim*
    Mark B. Tuvim  (OSB #111536)
    701 Fifth Avenue, Suite 2100
    Seattle, WA  98104
    Telephone:  206-695-5100
    Fax:  206-689-2822
    mtuvim@gordonrees.com
    Attorneys for Defendant Goulds Pumps (IPG), Inc.

LAW OFFICES OF DEVIN ROBINSON

By  */s/ Devin N. Robinson*
    Devin N. Robinson  (OSB #064879)
    6110 N. Lombard Street, Suite B
    Portland, OR 97203
    Telephone:  (503) 228-7020
    Facsimile:  (503) 334-2303
    devin@nwtriallaw.com
    Attorneys for Plaintiff

STIPULATED JUDGMENT OF DISMISSAL AS TO
DEFENDANT GOULDS PUMPS (IPG), INC.  - 2

Case No. 3:12-02042-HU

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

1085152/17351803v.1

## CERTIFICATE OF SERVICE

  I hereby certify that on December 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

  Devin N. Robinson  (OSB #064879)
  6110 N. Lombard Street, Suite B
  Portland, OR 97203
  Telephone:  (503) 228-7020
  Facsimile:  (503) 334-2303
  devin@nwtriallaw.com

  DATED this 4th day of November, 2013.

        By: */s/ Mark B. Tuvim*
        Mark B. Tuvim  (OSB #111536)
        701 Fifth Avenue, Suite 2100
        Seattle, WA  98104
        Telephone:  206-695-5100
        Fax:  206-689-2822
        mtuvim@gordonrees.com

STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT GOULDS PUMPS (IPG), INC.  - 3

Case No. 3:12-02042-HU

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

1085152/17351803v.1