Christopher S. Marks, OSB #022052  
Chris.Marks@sedgwicklaw.com  
Eliot M. Harris, OSB#116968  
Eliot.Harris@sedgwicklaw.com  
SEDGWICK LLP  
520 Pike Street, Suite 2200  
Seattle, WA  98101  
Telephone:  (206) 462-7560  
*Attorneys for Defendant General Electric Company*

Devin N. Robinson, OSB No. 064879  
devin@nwtriallaw.com  
Law Office of Devin N. Robinson  
6110 North Lombard, Suite B  
Portland, OR 97203  
Telephone: 503.228.7020  
Fax: 503.334.2303  
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN BUCZKOWSKI ,<br><br>         Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC COMPANY, ET AL.,<br><br>         Defendants. | Case No.  3:12-cv-02042-HZ<br><br>STIPULATED NOTICE OF DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY ONLY |

Plaintiff and defendant General Electric Company ("GE") have resolved Plaintiff's claims against GE.  Plaintiff, therefore, dismisses her claims against GE only with prejudice and without costs under FRCP 41(a)(1).

Respectfully submitted this 23rd day of January, 2013.

/s/ Devin N. Robinson, OSB No. 064879  
devin@nwtriallaw.com  
Law Office of Devin N. Robinson  
6110 North Lombard, Suite B  
Portland, OR 97203  
Tel: 503.228.7020  
Fax: 503.334.2303  
Attorneys for Plaintiff

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT
GENERAL ELECTRIC COMPANY ONLY - 1
(3:12-cv-02042-HZ)

**Sedgwick, LLP**  
520 Pike Tower, 520 Pike St, Ste. 2200  
Seattle, WA  98101  
(206) 462-7560

/s/Eliot M. Harris, OSB #116968
Christopher S. Marks, OSB #022052
Attorneys for Defendant General Electric Company
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
Telephone:  (206) 462-7560
Email: Chris.Marks@sedgwicklaw.com
Email: Eliot.Harris@sedgwicklaw.com

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT
GENERAL ELECTRIC COMPANY ONLY - 2
(3:12-cv-02042-HZ)

**Sedgwick, LLP**
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA  98101
(206) 462-7560