| | |
|---|---|
| Christopher S. Marks, OSB #022052<br>Chris.Marks@sedgwicklaw.com<br>Eliot M. Harris, OSB#116968<br>Eliot.Harris@sedgwicklaw.com<br>SEDGWICK LLP<br>520 Pike Street, Suite 2200<br>Seattle, WA  98101<br>Telephone:  (206) 462-7560<br>*Attorneys for Defendant CBS Corporation* | Devin N. Robinson, OSB No. 064879<br>devin@nwtriallaw.com<br>Law Office of Devin N. Robinson<br>6110 North Lombard,Suite B<br>Portland, OR 97203<br>Telephone: 503.228.7020<br>Fax: 503.334.2303<br>*Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN BUCZKOWSKI ,<br><br>              Plaintiff,<br><br>     v.<br><br>GENERAL ELECTRIC COMPANY, ET AL.,<br><br>              Defendants. | Case No.  3:12-cv-02042-HZ<br><br>STIPULATED NOTICE OF DISMISSAL OF DEFENDANT CBS CORPORATION ONLY |

Plaintiff and defendant CBS Corporation ("CBS") have resolved Plaintiff's claims against CBS.  Plaintiff, therefore, dismisses her claims against CBS only with prejudice and without costs under FRCP 41(a)(1).

Respectfully submitted this 23rd day of January, 2013.

/s/ Devin N. Robinson, OSB No. 064879
devin@nwtriallaw.com
Law Office of Devin N. Robinson
6110 North Lombard, Suite B
Portland, OR 97203
Tel: 503.228.7020
Fax: 503.334.2303
Attorneys for Plaintiff

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT CBS CORPORATION ONLY - 1
(3:12-cv-02042-HZ)

**Sedgwick, LLP**
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA  98101
(206) 462-7560

/s/Eliot M. Harris, OSB #116968
Christopher S. Marks, OSB #022052
Attorneys for Defendant CBS Corporation
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
Telephone:  (206) 462-7560
Email: Chris.Marks@sedgwicklaw.com
Email: Eliot.Harris@sedgwicklaw.com

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT CBS CORPORATION ONLY - 2
(3:12-cv-02042-HZ)

**Sedgwick, LLP**
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA  98101
(206) 462-7560